08-30-4870                                              ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| HENRY BENTLEY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No.    08 C 927 |
| VILLAGE OF PARK FOREST, and PARK | ) | Judge Manning |
| FOREST POLICE COMMANDER | ) | Magistrate Judge Ashman |
| STEVE COE, and POLICE OFFICER | ) | |
| THOMAS NAUGHTON, INDIVIDUALLY, | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:    email gbrowne@efox-law.com
       Garrett Browne
       ED FOX & ASSOCIATES
       300 West Adams, Suite 330
       Chicago, IL 60606

      PLEASE TAKE NOTICE that on this 4th day of March, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our Waiver of Service of Summons on behalf of Thomas Naughton, copies of which are attached hereto and served upon you.

                                        /s/Russell W. Hartigan_____

## PROOF OF SERVICE BY ELECTRONIC MAIL

      The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 4th  day of March, 2008.

                                        /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 4th day of March, 2008.

_____
Notary Public

Russell W. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880