08-30-4870                                          ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HENRY BENTLEY,               ) | |
|     Plaintiff,        ) | |
|   v.                           ) | No.   08 C 927 |
| VILLAGE OF PARK FOREST, and PARK ) | Judge Manning |
| FOREST POLICE COMMANDER       ) | Magistrate Judge Ashman |
| STEVE COE, and POLICE OFFICER ) | |
| THOMAS NAUGHTON, INDIVIDUALLY, ) | |
|     Defendants.       ) | |

## JURY DEMAND

The undersigned, as Attorney for the Defendant, THOMAS NAUGHTON, demands trial by jury.

                      /s/Russell W. Hartigan_____
                      Attorney for Defendant(s)


Russell W. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880


I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                      /s/Russell W. Hartigan _____
                      Attorney for Defendant(s)


        Michael W. Dobbins, Clerk of the U.S. District Court, Northern District