08-30-4870                                                      ARDC No. 01144642

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **HENRY BENTLEY,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No.    08 C 927** |
| **VILLAGE OF PARK FOREST, and PARK** | ) | **Judge Manning** |
| **FOREST POLICE COMMANDER** | ) | **Magistrate Judge Ashman** |
| **STEVE COE, and POLICE OFFICER** | ) | |
| **THOMAS NAUGHTON, INDIVIDUALLY,** | ) | |
| **Defendants.** | ) | |

**NOTICE OF FILING**

TO:   Garrett W. Browne, gbrowne@efox-law.com
      Edward M. Fox , efox@efox-law.com,lechavarria@efox-law.com

        PLEASE TAKE NOTICE that on this 5th  day of March , 2008, we filed with the Clerk of
the Court for the United States District Court for the Northern District of Illinois, 219 South
Dearborn Street, Chicago, Illinois, our APPEARANCE and JURY DEMAND on behalf of
Defendant Naughton, copies of which are attached hereto and served upon you.

                                        /s/Russell W. Hartigan_____

**PROOF OF SERVICE BY ELECTRONIC MAIL**

        The undersigned, being first duly sworn on oath, deposes and states that s/he served the
above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each
party to whom it is directed, via electronic mail, on this 5th  day of March, 2008.

                                        /s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 5th day of March, 2008.

_____
Notary Public

Russell W. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880