08-30-4870  ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| HENRY BENTLEY, ) | |
|     Plaintiff, ) | |
| v.  ) | No.   08 C 927 |
| VILLAGE OF PARK FOREST, and PARK ) | Judge Manning |
| FOREST POLICE COMMANDER ) | Magistrate Judge Ashman |
| STEVE COE, and POLICE OFFICER ) | |
| THOMAS NAUGHTON, INDIVIDUALLY, ) | |
|     Defendants. ) | |

### NOTICE OF FILING

TO:   Garrett W. Browne, gbrowne@efox-law.com
       Edward M. Fox , efox@efox-law.com,lechavarria@efox-law.com

PLEASE TAKE NOTICE that on this 7th  day of March , 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, our APPEARANCE and WAIVER OF SERVICE OF SUMMONS on behalf of Defendants Steve Coe and Village of Park Forest, copies of which are attached hereto and served upon you.

/s/Russell W. Hartigan_____

### PROOF OF SERVICE BY ELECTRONIC MAIL

The undersigned, being first duly sworn on oath, deposes and states that s/he served the above and foregoing Notice, together with a copy of the pleading(s) therein referred to, upon each party to whom it is directed, via electronic mail, on this 7th  day of March, 2008.

/s/Russell W. Hartigan_____

SUBSCRIBED and SWORN to before me this 7th day of March, 2008.

_____
Notary Public

Russell W. Hartigan
HARTIGAN & CUISINIER P.C.
222 North LaSalle Street, Suite 2150
Chicago, IL  60601
(312) 201-8880