UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Henry Bentley
                                    Plaintiff,

v.                                                                Case No.: 1:08−cv−00927
                                                                  Honorable Blanche M. Manning

Village of Park Forest, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing held on 4/8/2008. Status hearing set for 5/15/2008 at 11:00 AM. The court adopts the parties' discovery scheduling plan. All fact discovery ordered closed by 9/9/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 10/8/2008. Defendant shall comply with FRCP(26)(a)(2) by 11/10/2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.