MHN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

FILED
JUL 28 2008

**Consent to Exercise of Jurisdiction
By a United States Magistrate Judge**

MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Case Title:  Bentley v. Village of Park Forest, et al.

Case Number: 08 C 00927

Assigned Judge: MANNING

Designated Magistrate Judge: Ashman

SEE ATTACHED FOR SIGNATURES

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

_____   By:_____   _____
Date                  Signature                       Name of Party or Parties

_____   By:_____   _____
Date                  Signature                       Name of Party or Parties

_____   By:_____   _____
Date                  Signature                       Name of Party or Parties

_____   By:_____   _____
Date                  Signature                       Name of Party or Parties

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
~~Limited Consent to Exercise of Jurisdiction~~
By a United States Magistrate Judge

| Case Title: Bentley v. Village of Park Forest, et al. | Case Number: 08 C 00927 |
|---|---|
| | Assigned Judge: Manning |
| | Designated Magistrate Judge: Ashman |

In accordance with the provisions of Title 28 U.S.C.§636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct ~~certain specific~~ proceedings in this case, allowing for the magistrate judge to exercise the court's jurisdiction to conduct any and all proceedings, including the entry of final judgment, ~~as to the following motion(s):~~

~~Description~~                                         ~~Date Filed~~

| Date | Signature | Name of Party or Parties |
|---|---|---|
| 7/28/08 | By: [signature] | Henry Bentley |
| 7/28/08 | By: Russell W. Hartigan [signature] | Village of PK Forest + Thomas Naughton + Commander Doe |
| | By: | |
| | By: | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.