

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 927 | **DATE** | 8/1/2008 |
| **CASE TITLE** | Henry Bentley vs. Village of Park Forest, et al. | | |

**DOCKET ENTRY TEXT**

Enter agreed dismissal order. It is hereby ordered: Defendants Commander Steve Coe and Officer Thomas Naughton are voluntarily dismissed from this case with prejudice. Defendant Village of Park Forest is dismissed from this case with prejudice pursuant to settlement. Each party will bear its own costs and attorney's fees. Civil case terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|