

08-30-4870  
ARDC No. 01144642

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HENRY BENTLEY, ) | |
|     Plaintiff, ) | |
| v. ) | No.   08 C 927 |
| ) | |
| VILLAGE OF PARK FOREST, and PARK ) | Judge Manning |
| FOREST POLICE COMMANDER ) | Magistrate Judge Ashman |
| STEVE COE, and POLICE OFFICER ) | |
| THOMAS NAUGHTON, INDIVIDUALLY, ) | |
|     Defendants. ) | |

### AGREED DISMISSAL ORDER

THIS CAUSE coming on to be heard by Agreement of the parties, due notice having been served and the Court being fully advised herein.

IT IS HEREBY ORDERED:

1) Plaintiff voluntarily dismisses Commander Steve Coe and Officer Thomas Naughton from this case with prejudice;

2) The Village of Park Forest is dismissed from this case with prejudice pursuant to Settlement;

3) Each party will bear its own costs and attorney's fees.

AUG 0 1 2008

ENTER:

_____  
JUDGE

Name         HARTIGAN & O'CONNOR P.C.  
Attorney for  Defendant  
Address      20 North Clark Street, Suite 1250  
City          Chicago  
Telephone    (312) 201-8880